UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.

FREDY ALVARADO and RIGEL
SHIPS ANGENCIES, INC.,

       Plaintiffs,

-vs-

M/V EVA, her engines,
Equipment, tackle, etc., <u>in rem</u>,

       Defendant.

_____/

## <u>VERIFIED COMPLAINT FOR CHARTERER'S LOSSES AND EXPENSES</u>

COME NOW the Plaintiffs, FREDY ALVARADO and RIGEL SHIPS AGENCIES, INC.,
by and through their undersigned counsel, and hereby filed this VERIFIED COMNPLAINT, In
Admiralty, against the M/V EVA, her engines, tackles, boilers, appurtenances, etc., <u>in rem</u>, and in
support of their claim for losses and expenses state that:

1.  This is a claim of Admiralty and Maritime Jurisdiction as hereinafter more fully
    appears, and is an Admiralty and Maritime claim within the meaning of Rule 9 (h) of
    the Federal Rules of Civil Procedure.

2.  The Defendant, M/V EVA (IMO #6823961), her engines, tackles, boilers,
    appurtenances, etc., is believed to be a seagoing vessel of St. Kitts & Nevis Registry
    and was and is engaged in the trade of international cargo transportation which is within
    this District and the jurisdiction of this Court.  Specifically, the Plaintiffs are informed
    that the subject vessel is currently berthed at:  3164 N.W. South River Drive, Miami,

Florida  33142.  The M/V EVA is now within the admiralty and maritime jurisdiction of this Honorable Court.

3. Plaintiff FREDY ALVARADO is president of Plaintiff RIGEL SHIPS AGENCIES, INC.  RIGEL SHIPS AGENCIES, INC. is a company, based at 2401 N.W. 33rd Avenue, Miami, Florida, that expedites that entry and exit of seagoing vessels from the Port of Miami.

4. On February 20, 2015, RIGEL SHIPS AGENCIES, INC. and WISLY MONEXANT, an owner of M/V EVA entered into an agreement whereby RIGEL SHIPS AGENCIES, INC. agreed to act as an agent for M/V EVA and expedite the entry of the vessel into the Port of Miami.  M/V EVA left the Port of Gonaives, Haiti on February 20, 2015, and was scheduled to enter the Port of Miami on February 23, 2015.

5. Pursuant to this agreement, RIGEL SHIPS AGENCIES, INC. as an agent for M/V EVA applied for an Unlading License with the Department of Homeland Security and assumed responsibility for a $150,000 Customs bond.  A copy of this Application is attached as an Exhibit to this Complaint.

6. Due to weather conditions, M/V EVA did not enter the Port of Miami until February 27, 2015.

7. Prior to this entry, on February 26, 2015, WISLY MONEXANT signed a Promissory Note with FREDY ALVARADO in order to secure the $150,000 Customs bond.  Under the terms of this Promissory Note, which is attached as an Exhibit to this Complaint, "[a] custom bond has posted on M/V Eva by Fredy Alvarado.  This note will only enforceable if illegal contents are found in or on the vessel."

8. After the M/V EVA docked in Miami and on or before March 17, 2015, U.S. Customs searched the vessel and discovered illegal contraband.  Pursuant to the request of U.S. Customs, FREDY ALVARDO assisted the non-American crew members in their returns to their respective native countries.  As part of these efforts, FREDY ALVARADO paid expenses in the amount of $1,022.00.

9. The Plaintiffs have suffered and will suffer monetary losses due to the breach of its agreements with the owners of M/V EVA.

10. Due to this breach, the Plaintiffs have a maritime lien against the M/V EVA.  *See e.g., Bank One Louisiana, N.A. v. Mr. Dean MV, Etc.,* 293 F.3d 830, 832-33 (5th Cir. 2002).

11. The Plaintiffs are entitled to be reimbursed for all of their expenses and losses caused by the breach of the agreements in the amount of $151, 021.00.

WHEREFORE, the Plaintiffs pray:

A. That process in due form of law according to the rules and practice of this Court in causes in Maritime and Admiralty Jurisdiction may issue against Defendant, the M/V EVA, her engines, tackles, boilers, etc., in rem.

B. That Warrant of Arrest issue against the M/V EVA, her engines, tackles, boilers, appurtenances, etc., in rem, and that this Court order and adjudge that the M/V EVA be condemned and sold to pay the amount due the Plaintiffs together with prejudgment interest, costs and for such further relief that justice may require and that the court may deem just and proper and further.

C. That judgment be entered against the Defendants, in favor of the Plaintiffs, in the amount of $151,022 together with prejudgment interest, costs, reasonable attorney's

fees as allowed by General Maritime Law and such other relief as this Court may deem

just and proper.

March 19, 2015
Coral Gables, Florida

By:     *Clayton R. Kaeiser*
        Clayton R. Kaeiser
        Florida Bar 348120
        clayton@clayrkpa.com
        Clayton R. Kaeiser, P.A.
        330 Alhambra Circle
        Suite 200
        Coral Gables, Florida  33134
        Telephone:  (305) 548-4888
        Facsimile:   (305) 250-4495
        *Attorney for Plaintiffs*

## VERIFICATION OF COMPLAINT

STATE OF FLORIDA         )

                                     ) SS:

COUNTY OF MIAMI-DADE     )

BEFORE ME, the undersigned authority, a Notary Public, duly commissioned and qualified within and for the state and county aforesaid, personally came and appeared the undersigned, FREDY ALVARADO, as President of RIGEL SHIPS ANGENCIES, INC., who, after being duly sworn on oath deposes and says:

I have review the foregoing Verified Complaint and state that the contents thereof pertaining to my claim are true to the best of my knowledge.

FURTHER AFFIAN SAYETH NAUGHT.

BY: _____

            FREDY ALVARADO

BE IT KNOWN, that on this _19th_ day of March, 2015, before the undersigned, a notary public, duly commissioned and sworn, personally came and appeared FREDY ALVARADO who is personally known to me/who produced the following-- _Fla D/L #A 416-24-H- 171-0_ --as photographic identification and who executed the foregoing verification.

IN TESTIMONY WHEREOF, I have hereunto subscribed my and name and affixed my seal of office the day and year last written above.

_____

NOTARY PUBLIC

Commission Date & Seal



FRANCIS MONTES DE OCA
MY COMMISSION #FF141717
EXPIRES July 14, 2018
(407) 398-0153   FloridaNotaryService.com

